IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOHNSON CLARK ET AL., | No. C 12-00137 CRB |
| Plaintiffs, | **ORDER DIRECTING RESPONSE TO MOTION AND SETTING HEARING** |
| v. | |
| HORWICH ET AL., | |
| Defendants. | |

On March 5, 2012, this Court denied pro se Plaintiff Peter Clark's application for a temporary restraining order, which asked the Court to freeze all assets related to the Clark Assets, turn over documents, and ban Defendants from taking numerous actions in connection with numerous funds. See Order Denying TRO (dkt. 32). The Court ordered that, if Plaintiff wished to pursue injunctive relief, and/or arbitration, he was to file and notice a motion in conformance with Civil Local Rule 7-2, and to serve that motion on all of the Defendants in conformance with Civil Local Rules 5-5 and 5-6. Id.

Plaintiff has now filed two additional motions. The first, Plaintiff's Motion to Compel Arbitration, was filed March 8, 2012 and calendared for March 9, 2012. See Motion to Compel (dkt. 60). This filing violates Civil Local Rule 7-2, which requires that motions be noticed for hearing "no less than thirty-five days after service," and is therefore RE-SET for Friday, April 20, 2012, at 10:00 am. The second, Plaintiff's Motion for Temporary

Restraining Order, was also calendared for March 9, 2012. See Mot. for TRO (dkt. 59). Although the Court had also ordered that any request for injunctive relief comply with Rule 7-2, the Court understands that Plaintiff maintains that there is "tremendous immediacy" in this case. See id. at 3. Accordingly, the Court hereby DIRECTS the Defendants, whom Plaintiff represents that he has served, see Certificate of Service (dkt. 61), to file any opposition to Plaintiff's Motion by 5:00 p.m. on Wednesday, March 14, 2012, and SETS the Motion for a hearing on Friday, March 16, 2012 at 10:00 am.

**IT IS SO ORDERED.**

Dated: March 12, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE