**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOHNSON CLARK ET AL., | No. C 12-00137 CRB |
| Plaintiffs, | **ORDER DENYING MOTION FOR RECONSIDERATION AND SETTING BRIEFING SCHEDULE** |
| v. | |
| HORWICH ET AL., | |
| Defendants. / | |

On Friday, March 16, 2012, the Court held a hearing in which it denied pro se Plaintiff Peter Clark's motion for a temporary restraining order. See Minutes (dkt. 88). On March 20, 2012, Plaintiff filed a document entitled "Reconsideration of Denial of Motion to Compel Binding Arbitration of Issues of: * Dismissal of Counsel Due to Conflicts of Interest, and Violations of FRCP Rule 11; Rules of Professional Conduct, and Law * Motion to Strike Defendant's Objections and Motions, and Withdrawal of All Motions Except for Motions Demanding Binding Arbitration or Restraint and Stay of Proceedings Until Completion of Binding Arbitration, and Reconsideration of Denial of Restraint," which he calendared for March 30, 2012. See dkt. 89. Shortly thereafter, Plaintiff filed a document entitled "Verified Ancilary Reply to Wendel Opposition and Statement by Peter Clark in Support of Motion for Reconsideration of Stay Order and for Binding Arbitration," which he calendared for "March 30, 2012 (+April 20, 2012)." See dkt. 96.

1  Defendants subsequently filed a document entitled "Response to and Motion to Strike
2  Plaintiff Peter Clark's March 20 Filing." See dkt. 100.  In their Response, Defendants
3  express confusion about Plaintiff's March 20 filing, arguing that "it cannot be a motion for
4  reconsideration of the decision on the motion to compel arbitration because that motion is set
5  for April 20 and has not yet been heard," nor does it appear to be an opposition to the
6  numerous motions filed by Defendants on March 12, 2012, also calendared to be heard on
7  April 20, 2012. Id. at 3.

8  The Court has reviewed Plaintiff's March 20 filing and agrees with the Defendants
9  that it is neither a motion to reconsider the motion to compel arbitration, nor a proper
10  Opposition to any of Defendants' motions.  To the extent the March 20 filing is intended to
11  be a Motion for Leave to File a Motion for Reconsideration of the Court's denial of
12  Plaintiff's motion for a temporary restraining order, per Local Civil Rule 7-9,[1] the Court
13  DENIES that motion as unfounded.  Plaintiff's Motion to Compel Arbitration (dkt. 60)
14  remains on calendar for April 20, 2012.  The Court received Defendants' Opposition to that
15  Motion (dkt. 90) on March 22, 2012.  The Court has not received a Reply from Plaintiff.  To
16  the extent Plaintiff's "Verified Ancilary Reply to Wendel Opposition and Statement by Peter
17  Clark in Support of Motion for Reconsideration of Stay Order and for Binding Arbitration,"
18  (dkt. 96) is intended to be his Reply, it is far lengthier than the 15 pages permitted by Local
19  Civil Rule 7-3(c), and the Court will not accept it.  If Plaintiff wishes to file a Reply in
20  conformance with Local Civil Rule 7-3(c), he may do so **by 5:00 pm on Monday April 9,**
21  **2012**.

22  Defendants also note that Plaintiff has yet to file any Opposition briefs to the motions
23  they filed on March 12, all also calendared to be heard on April 20, 2012. Id. at 3.  Plaintiff's
24  Oppositions were due by March 26, 2012, per Local Civil Rule 7-3(a).  Defendants ask the
25  Court to deem their motions unopposed and to grant them.  Reply at 3.  While Plaintiff
26  cannot be accused of failing to prosecute this case under Federal Rule of Civil Procedure

27
28  [1] See Mot. at 2 ("reconsideration of this court's tentative ruling against Plaintiff's demand for Binding Arbitration"); 3 ("Plaintiff also asks this court for reconsideration of this court's tentative ruling denying Plaintiff's Motion for Stay and Restraint of Defendants prior to said binding arbitration").

41(b), he has failed to abide by the Court's procedure. The Court will allow Plaintiff until **5:00 pm on Monday April 9, 2012** to file his Opposition briefs; such briefs must conform with Local Civil Rule 7-3(a). Defendants may file their Reply briefs by **5:00 pm on Friday April 13, 2012**.

**IT IS SO ORDERED.**

Dated: April 3, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE