IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOHNSON CLARK ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> HORWICH ET AL., <br><br> Defendants.       / | No. C 12-00137 CRB <br><br> **ORDER VACATING HEARING ON MOTION TO DISMISS** |

On April 20, 2012, the Court dismissed Plaintiff's complaint as to all defendants, and gave Plaintiff until June 19, 2012 to amend if he so chooses. See Minutes (dkt. 109). Accordingly, the Court VACATES the Motion to Dismiss filed by the Berkley Defendants (dkt. 99), currently on calendar for June 8, 2012. The Berkley Defendants may again move to dismiss, if they so choose, once Plaintiff has filed his amended complaint.

**IT IS SO ORDERED.**

Dated: May 3, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\137\order vacating mtd.wpd