Stephen McKae, Bar No. 66797
Greggory C. Brandt, Bar No. 189487
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: smckae@wendel.com

Attorneys for Defendants
Charles Clark; Margaret Clark; Jack Clark, aka Johnson Clark, Jr.; Steve Clark; Sarah Clark; Linda Hurst; Mark Hurst; William Horwich; Stephen McKae; Greggory Brandt; Walter Turner; Jeanine DeBacker; Deanna Lyon; Elizabeth Berke-Dreyfuss; Thiele Robin Dunaway; Timothy Williams; Gillian Ross; Leonard Marquez, Kevin R. Brodehl; Charles A. Hansen; Howard Lind; Daniel Rapaport; and Wendel, Rosen, Black & Dean LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER CLARK,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM HORWICH; STEVE MCKAE; GREGGORY BRANDT; WALTER TURNER; JEANINE DEBAKER; DEANNA LYONS; ELIZABETH BURKE DRYFUS; THIELE ROBIN DUNAWAY; TIMOTHY WILLIAMS; GILLIAN ROSS; LEONARD MARQUEZ; KEVIN R. BRODEHL; CHARLES A. HANSEN; HOWARD LIND; DANIEL RAPAPORT; LAW OFFICES OF WENDEL, ROSEN, BLACK & DEAN, LLP; CHARLES CLARK; MARGARET CLARK; JACK CLARK; aka JOHNSON CLARK JR.; STEVE CLARK; SARAH CLARK, JON BERKLEY MANAGEMENT, INC., JON BERKELY, JOSH BERKLEY; SCHOENHOLTZ AND SPIEGEL; JEFF SPIEGEL; CANDICE WOZNIAK, MARK HURST, LINDA HURST. DOE AGENTS 1-100,<br><br>    Defendants. | Case No. CV 120137 CRB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; TO EXTEND DEADLINE FOR DISCOVERY CONFERENCE AND INITIAL DISCLOSURE PER FED.R.CIV.PROC. 26(a)(1)(A) AND 26(f); TO EXTEND DEADLINE FOR ADR CERTIFICATION PER CIVIL L.R. 16-8(b); AND FOR RELIEF FROM MEET AND CONFER REQUIREMENTS**<br><br>**[CIVIL L.R. 7-11 AND 16-2(d)]** |

Defendants Charles Clark; Margaret Clark; Jack Clark, aka Johnson Clark, Jr.; Steve Clark; Sarah Clark; Linda Hurst; Mark Hurst; William Horwich; Stephen McKae; Greggory Brandt; Walter Turner; Jeanine DeBacker; Deanna Lyon; Elizabeth Berke-Dreyfuss; Thiele Robin Dunaway; Timothy Williams; Gillian Ross; Leonard Marquez, Kevin R. Brodehl; Charles A. Hansen; Howard Lind; Daniel Rapaport; and Wendel, Rosen, Black & Dean LLP ("Moving Defendants") brought their Administrative Motion for Continuance of Initial Case Management Conference; to Extend Deadline for Discovery Conference and Initial Disclosure per FED.R.CIV.PROC. 26(a)(1)(A) and 26(f); to Extend Deadline for ADR Certification per Civil L.R. 16-8(b); and for Relief from Meet and Confer Requirements pursuant to Civil Local Rule 7-11 and 16-2(d). Moving Parties appeared through their counsel, Stephen McKae and Greggory C. Brandt of Wendel, Rosen, Black & Dean, LLP. Plaintiff Peter Clark appeared *in propria persona*.

The court, having read and considered the motion and supporting declaration and the Moving Parties' request for judicial notice and having heard argument on the matters presented, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. Moving Parties' request for judicial notice is GRANTED.

2. The initial case management conference, currently set for August 24, 2012, shall be continued to Sept. 28, 2012 8:30 a.m. The parties shall file separate case management conference statements in the form required by Civil Local Rule 16-9(a) seven (7) days in advance of the conference. Each of the parties shall incorporate in its separate case management conference statement a proposed discovery plan addressing each of the issues described in Fed.R.Civ.Proc. 26(f)(3).

3. Initial disclosures required by FRCP 26(a)(1)(A) shall be made by each party thirty (30) days following the initial case management conference.

///

///

///

*[[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL CMC*
*Case No. CV 12-00137 CRB*

- 1 -

001453.0039\2461298.1

4. The parties shall file the ADR Certification required by Civil Local Rule 16-8(b) and the Stipulation to ADR Process or Notice for Need for ADR Phone Conference under Civil Local Rule 16-8(c) seven (7) days in advance of the initial case management conference.

Dated: _____ August 2, 2012



_____
Hon. Charles R. Breyer
United States District Judge

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

*[[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL CMC*
*Case No. CV 12-00137 CRB*

- 2 -

001453.0039\2461298.1