IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOHNSON CLARK ET AL., | No. C 12-00137 CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| HORWICH ET AL., | |
| Defendants. | |

Having dismissed Plaintiff's case, the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: August 17, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\137\judgment.wpd