United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOHNSON CLARK ET AL.,<br><br>    Plaintiffs,<br><br>  v.<br><br>HORWICH ET AL.,<br><br>    Defendants.                  / | No. C 12-00137 CRB<br><br>**ORDER RE IN FORMA PAUPERIS STATUS ON APPEAL** |

    The Ninth Circuit has referred this case to this Court "for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. See 28 U.S.C. § 1915(a)(3); see also Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002)." The Court dismissed this case on August 17, 2012, holding that Plaintiff had failed to state a claim under the RICO Act, which was the only basis for the Court's jurisdiction. See dkt. 135. The Court further held that because "Plaintiff already had an opportunity to amend that claim, and was informed that he would have no further opportunities to amend," the dismissal was with prejudice. Id. Plaintiff's Amended Complaint had alleged conclusorily that the defendants' acts were "part of a larger artifice to defraud their client involving multiple counts of alleged mail fraud, wire fraud, and other acts which fit a pattern of racketeering activity within the meaning of 18 U.S.C. § § 1961((1), 1961(5) and 1962(c) and/or (d) - the Racketeer Influenced and

1  Corrupt Organizations (RICO) Act." See FAC (dkt. 117) at 2.  Such allegations are
2  inadequate.  Accordingly, based on the Amended Complaint and on Plaintiff's other filings
3  in this case, the Court finds that the appeal is frivolous.  In forma pauperis should be
4  revoked.  See 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

Dated: October 9, 2012

CHARLES  R.  BREYER
UNITED STATES DISTRICT JUDGE